In the Matter of the Application of Paul E. Whitten for Admission to the Bar. — Application granted. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Andrew Bayley, Appellant, v. Curtis Brothers Lumber Company, Respondent.— Judgment of the Municipal Court affirmed by default, with costs. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

Joseph F. Clarke Company, Respondent, v. Irael Pomerana, Appellant.— Judgment of the Municipal Court affirmed by default, with costs. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

Catherine A. Doran, Appellant, v. Great Atlantic and Pacific Tea Company, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Charles F. Doran, Appellant, v. Great Atlantic and Pacific Tea Company, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Peter Duff, Respondent, v. Wolf Nadler, Appellant.— Judgment of the Municipal Court affirmed by default, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Thomas Fallon, Respondent, v. Louis C. Mertz and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ., concurred.

Thomas P. Flanagan, Appellant, v. George H. Streeton, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Charles Fleischer and Montague Moskowitz, Respondents, v. Morris Levinson, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion, Jenks, Hooker, Gaynor, Rich and Miller, JJ.. concurred.

Stefan Gallick, Respondent, v. Max H. Levy and Harris H. Gilliland, Appellants.— Judgment and order affirmed by default, with costs. Hirschberg, P. J. Woodward, Jenks, Hooker and Miller, JJ.; concurred.

Adolph Goldstein and Harry Hochman, Respondents, v. The City of New York, Appellant.— Order of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Phillip Gurian and Others, Appellants, v. Isaac Blumberg, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Wenzl Hammerschick, Respondent, v. Stone Valley Distilling Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.